SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

**\*ORDER E-FILED:  05/10/2007\***

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAOYONG SUN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF, Secretary ) <br> of the Department of Homeland Security; ) <br> CONDOLEEZA RICE, Secretary of State; ) <br> EMILIO T. GONZALEZ, Director, ) <br> U.S. Citizenship and Immigration Services; ) <br> GERARD HEINAUER, Director, ) <br> USCIS Nebraska Service Center; ) <br> JOSEPH P. MARTIN, Officer in Charge, ) <br> USCIS Beijing Office, ) <br> ) <br> Defendants. ) <br> _____ ) | No. C 07-1254 HRL <br><br> **STIPULATION TO EXTEND DATES; <br> and [PROPOSED] ORDER** |

　　　Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

　　　1. Plaintiff filed this action on or about March 2, 2007, and Defendants' Answer is currently due on May 4, 2007.

　　　2. Pursuant to this Court's May 2, 2007 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on May 29, 2007, and attend a

Stip to Ext Time
C 07-1254 HRL

1  case management conference on June 5, 2007.

2     3. In order to allow sufficient time for USCIS to consider an alternative resolution to this case

3  and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask

4  this Court to extend the dates in the Court's scheduling order as follows:

5     Defendants' Answer:         June 5, 2007

6     Last day to file Joint ADR Certification:    June 19, 2007

7     Last day to file/serve Joint Case Management Statement: July 3, 2007

8     Case Management Conference:       July 10, 2007 at 1:30 p.m.

10 Dated: May 4, 2007         Respectfully submitted,

11                SCOTT N. SCHOOLS
                United States Attorney

14                 /s/
               ILA C. DEISS
               Assistant United States Attorney
15                Attorney for Defendants

17 Dated: May 4, 2007           /s/
               JUSTIN X. WANG
18                Attorney for Plaintiff

**ORDER**

22    Pursuant to stipulation, IT IS SO ORDERED.

24 Date: May 10, 2007           _____
               HOWARD R. LLOYD
25                United States Magistrate Judge

Stip to Ext Time
C 07-1254 HRL